**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF LOUISIANA**

**LAKE CHARLES DIVISION**

| NINDER SINGH | : | DOCKET NO. 06-1583 |
|---|---|---|
| VS. | : | JUDGE MINALDI |
| ALBERTO GONZALES, ET AL. | : | MAGISTRATE JUDGE WILSON |

## ORDER

Before the court is petitioner's Request to Take Judicial Notice Pursuant to Rule 201(a)-(f), Federal Rule of Evidence. [doc. # 13]. Petitioner asks the court to take judicial notice of the government's alleged failure to file a response to the petition. The request is denied. The respondents filed an answer and memorandum on November 6, 2006. [doc. # 11]. The attached certificate of service indicates that a copy was mailed to petitioner on the same date. *Id*.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, on December 1, 2006.

_____
ALONZO P. WILSON
UNITED STATES MAGISTRATE JUDGE