## UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

## LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **NINDER SINGH** | : | **DOCKET NO. 2:06-cv-1583**<br>**Section P** |
| **VS.** | : | **JUDGE MINALDI** |
| **ALBERTO GONZALES, ET AL.** | : | **MAGISTRATE JUDGE WILSON** |

### MEMORANDUM ORDER

Currently before the court is a petition for writ of *habeas corpus* filed by petitioner, Ninder Singh, pursuant to 28 U.S.C. §2241. In his petition, the petitioner challenges his continued detention in post-removal-order custody. Based on the evidence before the court, the court set an evidentiary hearing for April 10, 2007 for the purpose of hearing evidence on whether there is a significant likelihood of removing petitioner in the reasonably foreseeable future and/or whether there is sufficiently strong special justification for continued detention.

Prior to the hearing date, the respondent filed a Motion to Dismiss, seeking dismissal of this petition on the grounds that the petitioner was released from post-removal-order detention to an Order of Supervision on December 8, 2006. *See* Doc. 17, Exhibit 1. In light of the evidence submitted by the respondent in support of the motion, it is

ORDERED that the evidentiary hearing in this matter set for April 10, 2007 be UPSET and that the writ of *habeas corpus ad testificandum* be RECALLED.

THE CLERK OF COURT IS DIRECTED to cancel the court reporter and to inform the U.S. Marshal Service that the evidentiary hearing in the matter has been upset.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, March 21, 2007.

ALONZO P. WILSON
UNITED STATES MAGISTRATE JUDGE